**SEALED**

FILED
DEC 23 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF )<br>)<br>SEALED )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | S.W. NO.<br>ORDER TO SEAL<br><br>2:11-SW-0551  CKD |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-referenced case shall be sealed until further order of the Court, and shall not be disclosed to any person unless otherwise ordered by this Court.

DATED: December 23, 2011

_____
HON. CAROLYN K. DELANEY
United States Magistrate Judge